**No. 26-70004**

_____

**In the United States Court of Appeals for the Fifth Circuit**

_____

Edward Lee Busby, *Petitioner-Appellant*

v.

Eric Guerrero, Director, Texas Department of Criminal Justice, Correctional Institutions Division, *Respondent-Appellee*

consolidated with

_____

**No. 26-10354**

_____

In re: Edward Lee Busby, *Movant*

_____

**MOVANT BUSBY'S MOTION FOR STAY OF EXECUTION**

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (832) 842-4671
Email ddow@central.uh.edu

Jeffrey R. Newberry
Texas Bar No. 24060966
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-6843
Fax (832) 842-4671
Email jrnewber@central.uh.edu

Counsel for *Petitioner-Appellant*, Edward Lee Busby
**Mr. Busby is scheduled to be executed today, May 14, 2026.**

**No. 26-70004**

_____

**In the United States Court of Appeals for the Fifth Circuit**

_____

Edward Lee Busby, *Petitioner-Appellant*

v.

Eric Guerrero, Director, Texas Department of Criminal Justice, Correctional Institutions Division, *Respondent-Appellee*

consolidated with

_____

**No. 26-10354**

_____

In re: Edward Lee Busby, *Movant*

_____

**MOVANT BUSBY'S MOTION FOR STAY OF EXECUTION**

_____

**This is a death penalty case.**
**Mr. Busby is scheduled to be executed on May 14, 2026.**

Movant Edward Lee Busby filed his Motion to Authorize in this

consolidated cause on May 7, 2026. The following day, the Panel issued its

per curiam order staying his execution. Neither the order nor any of the three

separate opinions which accompanied the order addressed Busby's Motion

to Authorize. Earlier today, the Supreme Court issued an order vacating this Court's order staying Busby's execution. Counsel now respectfully ask this Court to enter an order staying Busby's execution pending the consideration and disposition of his Motion to Authorize.

Respectfully submitted,

s/ David R. Dow

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (832) 842-4671
Email ddow@central.uh.edu

/s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry
Texas Bar No. 24060966
University of Houston Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-6843
Fax (832) 842-4671
Email jrnewber@central.uh.edu

## Certificates of Service and
## Compliance with ECF Filing Standards

I certify that on May 14, 2026, this Motion for Stay of Execution was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF users:

Jefferson David Clendenin
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
jay.clendenin@oag.texas.gov

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry