# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 14, 2026

Lyle W. Cayce
Clerk

No. 26-70004

Edward Lee Busby,

*Petitioner—Appellant,*

*versus*

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

CONSOLIDATED WITH

No. 26-10354

In re Edward Lee Busby,

*Movant.*

Application for Certificate of Appealability
from the United States District Court for the Northern District of Texas
USDC No. 4:09-CV-160

UNPUBLISHED ORDER

No. 26-70004
c/w No. 26-10354

Before RICHMAN, GRAVES*, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that all pending motions filed by Edward Lee Busby are denied in light of the Supreme Court's ruling vacating the stay entered by this Court.

_____

*Judge Graves would grant the motion for stay of execution.